# LAW OFFICES OF
# NATALI J.H. TODD, P.C.

**NATALI J.H. TODD**
MEMBER: NY & MA BAR

26 COURT STREET
SUITE 413
BROOKLYN, NY 11242-1134

Tel: 718-797-3055
Fax: 718-504-3900
E-mail: *natali_todd@yahoo.com*
www.natalitoddlawyer.com

March 17, 2020

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *U.S. v. Louis Grasso, 20 Cr. 163 (PKC)*

Dear Judge Castel:

   I was appointed to represent Mr. Grasso on March 9, 2020 pursuant to the Criminal Justice Act. I write to be relieved as counsel for Mr. Grasso because Mr. Grasso has retained private counsel to represent him in the instant matter. In fact, his retained counsel, Glenn A. Garber, Esq., has filed his notice of appearance (see Doc. 25) and has confirmed with me that he will be representing Mr. Grasso going forward.

   Thank you for your prompt attention to this matter,

Respectfully,
*N. Todd*
Natali Todd, Esq.

cc: All counsel (by ECF)

Application Granted.
So Ordered:
P. Kevin Castel, U.S.D.J.
3-18-20