UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              20-cr-163 (PKC)

      -against-

                                                              ORDER

LOUIS GRASSO, DONATO POLISENO,
CONOR FLYNN, and THOMAS GUIDO, III,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.:

        Defendants' arraignment in this matter, scheduled for Tuesday, April 21, 2020 at 10:30am, will proceed by teleconference.  The call-in information for this teleconference is:

        Dial-in:      (888) 363-4749

        Access Code:  3667981

        SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
        April 15, 2020