# Andrew J. Mollica

Attorney at Law
1205 Franklin Avenue Suite 16LL
Garden City, New York 11530
Tel. (516) 280-3182
Tel. (516) 528-1311
Jdmol@aol.com

June 11, 2020

VIA ECF FILING
Hon. P. Kevin Castel, United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York NY 10007

Application GRANTED.

SO ORDERED.
June 11, 2020.

*[signature]*
P. Kevin Castel
United States District Judge

**Re: United States v. Grasso et al., 20-CR-00163 (PKC)**

Dear Judge Castel:

     I write on behalf of my client, Connor Flynn, to respectfully request that the Court modify the current bail conditions, which restrict Mr. Flynn's travel to the Southern and Eastern Districts of New York.

     We seek to modify the travel conditions to allow Mr. Flynn and his family to travel to the Western District of Michigan (by car) from on, or about, July 4, 2020, to on, or about, July 12, 2020.

     Mr. Flynn's wife's parents reside in Dorr Michigan, which is within the Western District of Michigan, and Mr. Flynn seeks this travel modification so that he may take his two-year-old daughter and pregnant wife to visit Mrs. Flynn's parents and grandmother.

     I have corresponded with Andrew Adams Esq. on behalf of the government and he has graciously consented to the request.

                           Respectfully submitted,
                             /s/
                             Andrew J. Mollica
                             On Behalf of Connor Flynn

                             SO ORDERED:

                             Honorable P. Kevin Castel
                             United States District Judge