

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 30, 2020

**VIA ECF**
The Honorable P. Kevin Castel
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> *Conference is scheduled for in-court proceeding on October 28, 2020 at 10:30 a.m. in Courtroom 11D. Time has been excluded until 10/28/2021.*
> *SO ORDERED*
> *Dated: 10/1/2020*
> */s/ P. Kevin Castel, USDJ 10/1/20*

Re: *United States v. Grasso, et al.*, 20 Cr. 163 (PKC)

Dear Judge Castel:

On September 29, 2020, the grand jury returned a superseding indictment in this matter. (ECF No. 57). The Government now writes to schedule an arraignment or, in the alternative, determine whether the Court intends to refer arraignment to Magistrate's Court. After discussions, the Government proposed the following available dates for arraignment to all defense counsel; the Government has received no objections to the proposed dates: October 13, 15, 16, 19, 20, 22, or 23. The Government further requests that the Court exclude time under the Speedy Trial Act up to the date of the next scheduled conference on October 28, 2020 for the reasons provided in the Government's September 24, 2020 letter. (ECF No. 55).[1]

Wherefore, the Government respectfully requests that the Court schedule, or refer, arraignment in the above-captioned matter, and exclude time up to the date of the next conference.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: /s/ Sarah Mortazavi
Sarah Mortazavi
Andrew Adams
Benet Kearney
Assistant United States Attorneys
(212) 637-2520 / 2340 / 2260

Cc: All counsel of record (by ECF)

---

[1] Prior to the return of the superseding indictment, the Court excluded time under the Speedy Trial Act up to October 28, 2020. (ECF No. 56).