UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                             20-cr-163 (PKC)

      -against-

                                                                                 ORDER

LOUIS GRASSO, DONATO POLISENO,
CONOR FLYNN, THOMAS GUIDO, III, and
RICHARD BANCA,

                        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Defendants' arraignment on the S1 Indictment in this matter, scheduled for Wednesday, October 28, 2020 at 10:30 a.m., will proceed by teleconference. The call-in information for this teleconference is:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                              P. Kevin Castel
                                               United States District Judge

Dated: New York, New York
       October 23, 2020