# GLENN A. GARBER, P.C. 233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
## ATTORNEYS AT LAW

TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

October 26, 2020

**By ECF**
Hon. P. Kevin Castel
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      RE:   *United States v. Louis Grasso, et. al.*
             **20 cr. 163 (PKC)**

*Application granted. So Ordered. /s/ PKC 10-27-20*

Dear Judge Castel:

I represent Louis Grass in the above referenced matter. Provided with this letter is a waiver under Rule 10 of the Federal Rules of Criminal Procedure of Mr. Grasso's right to personally appear at the arraignment and conference scheduled for October 28, 2020, at 10:30 a.m.

A request for a virtual appearance is made due to Dr. Grasso's age and health risks and related concerns with a personal appearance at this time.

If the request is granted for Dr. Grasso, it is further requested that counsel be permitted to appear virtually as well.

Thank you for your consideration.

Respectfully submitted,

Glenn A. Garber
GLENN A. GARBER, PC
ggarber@glenngarber.com
Cell 646-872-7855

Attach.

cc:    All counsel by ECF

1