# GLENN A. GARBER, P.C. 233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
## ATTORNEYS AT LAW
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

October 29, 2020

**By ECF**
Hon. P. Kevin Castel
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**RE:** *United States v. Louis Grasso, et. al.*
**20 cr. 163 (PKC)**

Dear Judge Castel:

I represent Dr. Louis Grasso in the above referenced matter and I write to request permission for him to travel to Timonium, Maryland on November 3 through 7, 2020.

The current bail is: a $100,000 personal recognizance bond; co-signed by one person; travel restricted to the Southern and Eastern Districts of New York, and the District of New Jersey; no contact with co-defendants outside the presence of counsel; "no contact with race horses without supervision of [the] third party owner of the premises." Docket Entry (DE) 8 and 9.  The conditions were expanded to permit travel to Matheos Farm in Pennsylvania and Tate Lewis Farm in Delaware for employment purposes with the understanding that "the owner of the premises or a designated agent of the owner supervises any medical treatment or care of race horses" he is permitted to do in those jurisdictions. DE 29.

The purpose of the travel is so Dr. Grasso can attend "The Black Book," an annual horse show and auction that spans from November 3 through 7, 2020.  Dr. Grasso does not intend to treat any horses at the event.

At this time Dr. Grasso does not know if he will attend multiple days or stay overnight. However, he would like the flexibility to do so with the permission of the Court, and on the condition that informs Pre-trial Services of the dates he will be traveling and where he will be staying.

The Pretrial Services Department and the Government do not object to this request.

Thank you for your consideration.

Respectfully submitted,

*/s/*
Glenn A. Garber
GLENN A. GARBER, PC
ggarber@glenngarber.com
Cell 646-872-7855

cc: All counsel by ECF
PTSO Vincent Adams (Vincent_adams@nyspt.uscourts.gov)