UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                              20-cr-163 (PKC)

       -against-

                                                                              <u>ORDER</u>

LOUIS GRASSO, DONATO POLISENO,
THOMAS GUIDO, III, RICHARD BANCA and
RENE ALLARD,

                     Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Defendants' arraignment on the S4 Indictment in this matter, scheduled for Monday, December 7, 2020, will proceed by teleconference. The call-in information for this teleconference is:

        <u>Dial-in</u>:     (888) 363-4749

        <u>Access Code</u>:  3667981

        SO ORDERED.

                                                              P. Kevin Castel
                                           United States District Judge

Dated:  New York, New York
          December 4, 2020