

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2020

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Grasso, et al.*, 20 Cr. 163 (PKC)

Dear Judge Castel:

      On December 3, 2020, the grand jury returned a superseding indictment in this matter. The Government now writes to respectfully request that the Court schedule a telephonic arraignment for the parties on Monday, December 7 at 2 p.m. The Government contacted defense counsel on December 3, 2020 to request their respective positions on the scheduling and format for the arraignment. The defendants have indicated through counsel that they intend to waive personal appearance. Defense counsel have further indicated that they are available at the proposed date and time for a telephonic arraignment, or otherwise have not objected to the Government's proposal.

      The Government further requests that the Court exclude time under the Speedy Trial Act up to the date of the next status conference for the reasons provided in the Government's September 24, 2020 letter (ECF No. 55) and for the reasons stated on the record at the October 28, 2020 conference. Prior to the return of the superseding indictment, the Court had excluded time under the Speedy Trial Act up to the date of the parties' February 10, 2021 status conference.

Arraignment on the S4 Indictment is scheduled for December 7, 2020 at 2 p.m. For the reasons stated in the government's letter of December 4, 2020, time is excluded under the speedy trial act until February 10, 2021.
SO ORDERED.
Dated: 12/4/2020

*/s/ P. Kevin Castel*
P. Kevin Castel
United States District Judge

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: /s/
    Sarah Mortazavi
    Andrew Adams
    Benet Kearney
    Assistant United States Attorneys
    (212) 637-2520 / 2340 / 2260

Cc: All counsel of record (by ECF)