U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2021

> Application Granted. The conference originally scheduled for February 10, 2021 is adjourned to May 12, 2021 at 2:30 p.m. Time is excluded under the speedy trial act until 5/12/21 for the reasons set forth in the Government letter dated 2/3/2021.
> SO ORDERED.
> Dated: 2/5/2021
>
> P. Kevin Castel
> United States District Judge

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Grasso, et al.*, 20 Cr. 163 (PKC)

Dear Judge Castel:

The Government respectfully writes on behalf of the parties to request a 90-day adjournment of the upcoming status conference, currently scheduled for Wednesday, February 10, 2021 at 2 PM. At the parties' prior status conference on December 7, 2020, the parties indicated that they intended to set a briefing schedule for pretrial motions at the next status conference. After conferring with defense counsel, the Government has learned that the defendants require additional time to review discovery and contemplate any pretrial motions before setting a briefing schedule. Consequently, the parties seek a 90-day adjournment for those purposes. The Government further requests that the Court exclude time under the Speedy Trial Act up to the date of the next status conference to facilitate the defendants' preparation. *See* 18 U.S.C. § 3161(h)(7)(A). The Government has alerted all defense counsel to the request for exclusion of time and requested any objections; the Government has received no such objections.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by:   \_\_\_/s Sarah Mortazavi_____
       Sarah Mortazavi
       Andrew C. Adams
       Benet Kearney
       Assistant United States Attorneys
       (212) 637-2520 / 2340 / 2260

Cc: All defense counsel (via ECF)