```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,
```
                                                                20-cr-163 (PKC)

       -against-                                        ORDER

LOUIS GRASSO, et al.,

                     Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

The next conference in this case will be held as scheduled on May 12, 2021 at 2:30 p.m. The dial-in information is as follows:

    CALL-IN:        888-363-4749

    ACCESS CODE:   3667981#

Members of the public must mute their phones and will not be permitted to speak during the proceeding.

    SO ORDERED.

                                                P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       May 5, 2021