DAVID LOUIS COHEN
Attorney at Law
125-10 Queens Boulevard
Suite 12
Kew Gardens, New York 11415
david@davidlouiscohenlaw.com
718-793-1553 - Office
718-974-7772 - Mobile

October 6, 2021
VIA ECF
Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: United States v, Grasso, et al.*
  *20 CR 163 (S4) (PKC)*

Dear Judge Castel:

I represent Richard Banca in the above entitled matter and request, due to a personal scheduling conflict, that the in-person appearance scheduled for November 23, 2021 at 11:00AM, be changed to November 22, 2021, at 3:00PM.

I have confirmed with the Court's Courtroom Deputy that the request date and time are convenient for the Court. I have communicated with the Government and all defense counsel and they have no objection to this application.

I thank the Court for its consideration of this request.

Respectfully submitted,

DAVID LOUIS COHEN

DLC:om

---

The pretrial conference is moved up from November 23, 2021 to November 22, 2021 at 3:00 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 10/8/2021

P. Kevin Castel
United States District Judge