# SPEARS & IMES LLP

51 Madison Avenue
New York, NY 10010
tel 212 213-6996
fax 212 213-0849

October 15, 2021

**BY ECF**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Rene Allard,* S4 20 Cr. 163 (PKC)

Dear Judge Castel:

We respectfully write on behalf of defendant Rene Allard to request a temporary modification of the travel restrictions that are part of his bail conditions. Both the Government and the Pretrial Services Officer who is supervising Mr. Allard consent to this request.

Mr. Allard respectfully requests permission to travel to the District of New Jersey for the day on November 1, 2021. The purpose of this request is to allow Mr. Allard to go to a personal doctor's appointment in New Jersey.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Max Nicholas
Attorney for Rene Allard

Application Granted.

So Ordered:

Hon. P. Kevin Castel, U.S.D.J.

10 - 19 - 21