UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                      20-cr-163 (PKC)

     -against-                                  <u>ORDER</u>

LOUIS GRASSO, <u>et</u> <u>al.</u>,

                     Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       For all pending motions, counsel are directed to send to Chambers two courtesy copies of their unredacted motion papers, including opposition and replies.

       SO ORDERED.

                                                    P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
         November 10, 2021