# SPEARS & IMES LLP

51 Madison Avenue
New York, NY 10010
tel 212 213-6996
fax 212 213-0849

Max Nicholas
tel 212-213-1715
mnicholas@spearsimes.com

*Application Granted*

*SO ORDERED*
*/s/ P. Kevin Castel USDJ*
*1-26-22*

January 26, 2022

**BY ECF AND EMAIL**

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Rene Allard*, S4 20 Cr. 163 (PKC)

Dear Judge Castel:

We respectfully write on behalf of defendant Rene Allard to request permission for Mr. Allard and his counsel to attend the conference scheduled in this case for February 1, 2022 by telephone, rather than in person. The reasons for this request are that I am currently on parental leave, but could participate in the conference remotely by phone; and that Mr. Allard currently resides in Florida.

We have conferred with the Government about this request, and the Government consents.

Respectfully submitted,

/s/
Max Nicholas
Spears & Imes LLP

*Attorney for Rene Allard*