UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              20 CR 163 (PKC)

       -against-                                            ORDER

LOUIS GRASSO, et al.,

                  Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

       Upon the application of the government, consented to by defense counsel, the conference previously scheduled for February 1, 2022 is adjourned to March 23, 2022 at 12:00 p.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is needed to allow the parties to continue their review of discovery and to facilitate discussions of pretrial resolutions with certain of the remaining defendants.  Accordingly, the time between today and March 23, 2022 is excluded.

       SO ORDERED.

                                                  P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
         January 28, 2022