# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG

75 MAIDEN LANE
SUITE 503
NEW YORK, N.Y. 10038

NADJIA LIMANI
OF COUNSEL

CHARLENE RAMOS
OFFICE MANAGER

(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

February 8, 2022

BY ECF
Honorable P. Kevin Castel
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
2-9-22

Re: United States v. Grasso, et al.
20 CR 163(PKC)

Dear Judge Castel:

On September 13, 2021, we wrote to request the appointment of associate counsel, Nadjia Limani, and the authorization of 100 hours of associate services at the rate of $110 per hour. This request was granted by Your Honor on September 14, 2021. Since this time, Ms. Limani has coordinated with prior counsel to obtain discovery, cataloged and began review of the substantial electronic discovery and assisted with drafting motions.

As of today's date, approximately ninety hours of associate services have been expended. We write to request an additional 100 hours of associate services at the rate of $110 per hour. These hours will be used by Ms. Limani to continue discovery review and trial preparation in this matter and are necessary for the effective representation of Mr. Poliseno.

Respectfully Submitted,

/s/ Louis M. Freeman
Louis M. Freeman