UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

        20-cr-163 (PKC)

   -against-         ORDER

LOUIS GRASSO, et al,

        Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       The case is set for trial for June 27, 2022 at 9:30 AM. The Courtroom will be announced the week before trial.

       SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 3, 2022