DAVID LOUIS COHEN<br>
Attorney at Law<br>
125-10 Queens Boulevard<br>
Suite 12<br>
Kew Gardens, New York 11415<br>
david@davidlouiscohenlaw.com<br>
718-793-1553 - Office<br>
718-974-7772 - Mobile

March 18, 2022
VIA ECF
Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: United States v, Grasso, et al.*
   *20 CR 163 (S4) (PKC)*

Application GRANTED.

SO ORDERED.
Dated:  3/21/2022

_____
P. Kevin Castel
United States District Judge

Dear Judge Castel:

I represent Richard Banca in the above entitled matter, and respectfully request that the Court permit Mr. Banca to waive his personal appearance at the status conference scheduled for March 23, 2022. As trial scheduling is the main purpose of this status conference, I intend to appear in person. The government has no objection to this application.

Mr. Banca resides in Middletown, New York, and his travel time would be more than two hours each way to attend in person. Based upon the on going COVID 19 pandemic, and the restrictions on entry to the Southern District Courthouse, I request that the Court permit Mr. Banca to waive his appearance on March 23, 2022, and that he be permitted to appear telephonically.

          Respectfully submitted,

          /S/
DLC:om         DAVID LOUIS COHEN