UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                       S4 20-cr-163 (PKC)

      -against-                                            ORDER

LOUIS GRASSO,

                        Defendant(s).
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Plea hearing for Louis Grasso is scheduled on May 11, 2022 at 11:00 a.m. in Courtroom 11D.

       SO ORDERED.

                                                      P. Kevin Castel
                                              United States District Judge

Dated:  New York, New York
          April 20, 2022