UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                             20 CR 163 (PKC)

        -against-                                    ORDER

LOUIS GRASSO, et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        DE 210 and DE 224 are terminated as moot.

        SO ORDERED.

                                                                  P. Kevin Castel
                                                             United States District Judge

Dated: New York, New York
          July 18, 2022