UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                        20 CR 163 (PKC)

        -against-                                              ORDER

LOUIS GRASSO,

                            Defendants.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Sentencing for Richard Banca is adjourned from September 6, 2022 to September 20, 2022 at 10:15 a.m. in Courtroom 11D.

        SO ORDERED.

                                                              P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
           July 18, 2022