UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                    20-cr-163 (PKC)

      -against-

                                                  <u>ORDER</u>

LOUIS GRASSO,
RENE ALLARD,

                        Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Sentencing originally scheduled for October 27, 2022, is adjourned to November 15, 2022 at 11:00 AM in Courtroom 11D.

        SO ORDERED.

                                                      P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
         October 24, 2022