UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Louis Grasso,<br><br>Defendant. | **Order of Restitution**<br><br>S4 20 Cr. 163 (PKC) |

Upon the application of the United States of America, by its attorney, Damian Williams, United States Attorney for the Southern District of New York, Sarah Mortazavi, Assistant United States Attorney, of counsel; the presentence investigation report; the Defendant's conviction on Count One of the above Indictment; the Defendant's agreement, pursuant to the plea agreement between the Defendant and the Government dated April 17, 2022; and all other proceedings in this case, it is hereby ORDERED that:

**1. Amount of Restitution.** Louis Grasso, the Defendant, shall pay restitution in the total amount of $47,656,576 to the victims of the offense charged in Count One of the S4 Superseding Indictment. The name, address, and specific amount owed to the victim is set forth in a schedule that will be provided to the Court by the Government. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York

November 16, 2022

_____
The Honorable P. Kevin Castel
UNITED STATES DISTRICT JUDGE