UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LOUIS GRASSO, et al.,

Defendant.

20-cr-163 (PKC)

ORDER

CASTEL, U.S.D.J:

The motion of non-party the New Meadowlands Racetrack LLC ("NMRT") to intervene for the purpose of securing access to documents under the common law presumption of access and the First Amendment qualified right of access is GRANTED to the extent that the documents referenced in NMRT's letter of August 4, 2026 (ECF 375) shall be filed on the public docket by the government with the redactions proposed and described in the government's letter filed August 14, 2026 (ECF 376) within 21 days of this Order. .

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 4, 2026